UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC. and its affiliate; THE DUPLIN COUNTY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; MARIE C. QUARTERMAN; ROBERT SMITH; WALTER E. FOSTER; ANGELIA HERRING, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT**<br>No. 7:88-CV-5-FL |
| DUPLIN COUNTY, NORTH CAROLINA; DUPLIN COUNTY BOARD OF COUNTY COMMISSIONERS; D.J. FUSSELL, SR.; VANCE ALPHIN; WILLIAM J. COSTIN; WILLIS SHOLAR; DOVIE L. PENNEY; COMMISSIONERS OF DUPLIN COUNTY, NORTH CAROLINA, their successors and agents; DUPLIN COUNTY BOARD OF EDUCATION; WILLIAM RICHARDS; CARL D. PATE; AMOS Q. BRINSON, JR.; STEVE GRADY; RIDDICK WILKINS; MEMBERS OF DUPLIN COUNTY BOARD OF EDUCATION, and their successors and agents; DUPLIN COUNTY BOARD OF ELECTIONS; J.D. MANNING; BOBBIE MARSHBURN; JOHNNIE BOYETTE; and, MEMBERS OF THE DUPLIN COUNTY BOARD OF ELECTIONS, and their successors agents, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |

| | |
|---|---|
| JAMES WILLIAM DIXON; BRENT DAVIS; KRAIG WESTERBEEK; CARY E. TURNER; KIM QUINN; SILVESTER W. TEW; CHARLES EDWARDS, JR.; RAY E. GARRISS; NORMAN W. JONES, JR.; ALBERT C. SMITH; JAMES W. FREDERICK; ROBERT C. JOHNSTON; BILLY LANGSTON; and, SONYA SMITH,<br><br>        Intervener-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiffs' motion to enforce the consent decree entered by this Court and all parties on February 4, 1988, and the intervener-defendants' motion to terminate or modify the consent decree.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's oral order entered February 15, 2012, and for the reasons set forth more specifically at hearing on that date, that the intervener-defendants' motion to terminate or modify the consent decree is DENIED and the plaintiff's motion to enforce the consent decree is GRANTED.

**This Judgment Filed and Entered on February 21, 2012and Copies To:**

Allison Jean Riggs (via CM/ECF Notice of Electronic Filing)
Christopher Anderson Brook (via CM/ECF Notice of Electronic Filing)
Wendy Lynne Sivori (via CM/ECF Notice of Electronic Filing)
Brian C. Shaw  (via CM/ECF Notice of Electronic Filing)
Gary H. Clemmons (via CM/ECF Notice of Electronic Filing)
David T. Phillips (via U.S. Mail) P.O. Box 720, Kenansville, NC 28349


February 21, 2012                      DENNIS P. IAVARONE, CLERK
                                            /s/ Christa N. Baker
                                            (By) Christa N. Baker, Deputy Clerk